United States District Court
Southern District of Texas
FILED

MAR 1 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | **B-03-060** |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

### NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW San Benito Consolidated Independent School District and Joseph Gonzalez,

Defendants in the above-styled and numbered matter, and file this their Notice of Removal of the

present cause from the County Court at Law No. 3, of Cameron County, Texas, in which it is now

pending to the United States District Court for the Southern District of Texas, Brownsville Division,

and would respectfully show unto the Court as follows:

    1.01    San Benito Consolidated Independent School District is a school district located at

             240 North Crockett, San Benito, Texas 78586, and is the Petitioner.

    1.02    Named Defendant Joseph Gonzalez is a resident of Cameron County Texas.

    1.03    Plaintiff Mary Limon is a resident of Cameron County, Texas.

    2.01    This cause was commenced on February 28, 2003, in County Court at Law No. 3, of

Cameron County, Texas with the style Mary Limon vs. San Benito Consolidated Independent School

District and its Superintendent Joseph Gonzalez Cause Number 2003-CCL-219-C.  A true and

correct copy of all process and pleadings in that cause and the certified docket sheet are attached

hereto as Exhibit A. Plaintiff brings suit against Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, under the 42 U.S.C. § 1983, for alleged violations of constitutional rights under the Fourth, and Fourteenth Amendments to the United States Constitution, the Federal Voting Rights Act, and Article 1 Sections 13 and 19 of the Texas Constitution. Plaintiff was an ex-employee of the district who was arrested in March of 2001 by school district police officers on suspicion of theft of monies from the district. Plaintiff seek monetary damages.

3.01    Defendant San Benito Consolidated Independent School District was served with a copy of Plaintiff's Original Petition on March 3, 2003.

3.02    Defendant Joseph Gonzalez was served with a copy of Plaintiff's Original Petition on March 3, 2003.

3.03    This action is a civil action in that Plaintiff alleges that Defendants San Benito Consolidated Independent School District and Superintendent Joseph Gonzalez, are liable for monetary damages.

4.01    The controversy between Plaintiff and Defendants arises under 42 U.S.C. § 1983, the United States Constitution, the Texas Constitution, and the Federal Voting Rights Act. The above described action is one in which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343, inasmuch as this action arises under the United States Constitution and the laws of the United States. Removal is proper pursuant to the provisions of 28 U.S.C. § 1441(b), as this is a civil action where this Court has original jurisdiction and is founded on claims arising under the United States Constitution and the laws of the United States.

5.01    This Court has supplemental jurisdiction of Plaintiff's state constitutional claims under 28 U.S.C. § 1367.

6.01    Upon filing of this Notice of Removal of this cause, written notice of the filing by Petitioner to Plaintiff and her counsel has been provided as required by law. A copy of such Notice with proof of service of same is attached hereto and incorporated herein for all purposes. A copy of such notice is also being filed with the clerk of the state court where this cause was originally filed.

7.01    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date Defendants San Benito Consolidated Independent School District and Joseph Gonzalez were made aware of the fact that federal question jurisdiction existed. The date this was made known to Defendant was March 3, 2003.

8.01    Defendants request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants    Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, pray for removal of the above entitled cause of action from County Court at Law No, 3, of Cameron County, Texas to this Court and seek all other relief to which they may show themselves to be justly entitled.

Signed on March 19, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eduardo D Garza_
Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

Eduardo G. Garza

4

RUN DATE 03/17/03
RUN TIME  9:24 AM

SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ET AL

MARY LIMON

VS

*    *    *    *    C L E R K ' S    E N T R I E S    *    *    *

(00537002)  WILLIAM J. MCCARTHY

(01)

SUIT ON DAMAGES

02/28/03   ORIGINAL PETIT
02/28/03   CITATION: LEO )
02/28/03      SERVED: 03/(
02/28/03   CITATION: MARIC
02/28/03      SERVED: 03/(
02/28/03   CITATION: OSCAI
02/28/03      SERVED: 03/(
02/28/03   CITATION: MANUE
02/28/03      SERVED: 03/(
02/28/03   CITATION: HECTC
02/28/03      SERVED: 03/(
02/28/03   CITATION: JOE (
02/28/03      SERVED: 03/(
02/28/03   CITATION: JOSPE
02/28/03   SUPERINTENDENT
02/28/03      SERVED: 03/(
02/28/03   CITATIONS HAND
           JUANITA (PCP)
02/28/03   JURY FEE: Pd. )
02/28/03   BILLED ATTY MCC
03/14/03   RCV'D REQUEST )
           CC/CLERKS DOCK

State of Texas
County of Cameron
    I, Joe G. Rivera, County Clerk of
Cameron County, Texas, do hereby certify
that the foregoing is a true and correct
copy of the original record now on file
and/or recorded by me in the _Civil_
2003-CCC-219-CC   _Records_

JOE G. RIVERA COUNTY CLERK
Cameron County, Texas

3/17/2003   Date

By _____ Deputy

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page ____ of ____

CAUSE NO. 2003-CCL-219-C

| | | |
|---|---|---|
| MARY LIMON | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | |
| | § | |
| SAN BENITO CONSOLIDATED | § | AT LAW, NO. 3 OF |
| INDEPENDENT SCHOOL | § | |
| DISTRICT AND ITS | § | |
| SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | CAMERON COUNTY, TEXAS |

FILED FOR RECORD
AT ___ O'CLOCK ___ M
FEB 2 8 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By Maura Medina Deputy

## PLAINTIFF'S ORIGINAL COMPLAINT

## PARTIES

1.    Plaintiff - Mary Limon, is an individual and a citizen of the State of Texas residing at Rangerville Road, Los Indios, Texas.

2.    Defendant - San Benito Consolidated Independent School District (SBCISD) is a duly constituted school board in the State of Texas whose members are as follows:

    a.    Leo Ramirez
    b.    Mario Silva
    c.    Oscar De La Fuente
    d.    Manuel Gonzalez
    e.    Hector Leal
    f.    Joe Gonzalez

Said members can be served at its principal offices which is 240 North Crockett Street, San Benito, Texas, 78586.

1

2003-CCL-0219C

3.      Defendant - Superintendent Joseph Gonzalez is the superintendent of

SBCISD at 240 North Crockett Street, San Benito, Texas, 78586.

## JURISDICTION

This Court has jurisdiction under Texas Government Code Section 25.0003

to determine the matters in this controversy.

## VENUE

This venue is proper pursuant to the Texas Civil Practice and Remedies Code

(TCPRC) Section 15.001 et seq. and Section 101.102 of TCPRC.  As this action is

brought between parties in the county where any and all causes of action or a part

thereof arose.

## FACTS

In March, 2001, Mary Limon at the instance of the Superintendent Joseph

Gonzalez was arrested and imprisoned by the San Benito Consolidated Independent

School District campus police for allegedly being involved in the theft of public

property from San Benito Consolidated Independent School District (SBCISD).

Said arrest and imprisonment coincided with the placement of political posters on

her property during a hotly contested school board election within the District for a

competing candidate who was seeking a position on the school board after she had

been approached and asked to endorse an opposition ticket.

2

The timing of the arrest and the imprisonment along with the filing of charges coincided with the refusal of Mrs. Limon to support the candidacy of a board member who sought her endorsement and who had the support of a majority of the board. The arrest in question was without probable cause and resulted in her imprisonment.

Subsequently, the evidence of any theft of public property ever having taken place at SBCISD was so deficient that the District Attorney elected not to even take the matter to the Grand Jury. Charges against Mrs. Limon were subsequently dismissed.

The said arrest and her concomitant imprisonment deprived her of basic civil liberties as well as property and was violative of due process interests both of a substantive and procedural nature all of which actions were taken under color of law and unfounded in State and/or Federal law and violative of 42 U.S.C. 1983 as well as the Fourteenth and Fourth Amendments of the United States Constitution.

Such conduct further violated the Federal Voting Rights Act and was equally violative of the Equal Protection Clause of the United States Constitution. Such action was further retaliatory because of a refusal to support the candidacy of a board favored member during the school board election.

Further such conduct by the District and its Superintendent showed a

3

deliberate indifference on the part of the board, officers and District in violation of rights guaranteed under the United States Constitution as well as violating rights in the due course of law under Article 1, Section 13 and Section 19 of the Texas Constitution. Such actions and conduct were in direct violation of 42 U.S.C. 1983 which provides that any individual acting under color of law who deprives any citizen of any right, privilege or immunity under the Constitution or the laws, privileges and immunities secured to any citizen by the Constitution and statutes promulgated thereunder require that the persons, individuals and entities respond in damages.

Plaintiff requests trial by jury.

## DAMAGES

Plaintiff would ask to be awarded monetary damages in compensation for violation of her rights in this cause and that such damages are within the jurisdictional limits of this Court. Plaintiff seeks damages for violation of her state, Federal Constitutional and Statutory Federal Rights as well as costs of suit, attorney's fees recoverable under appropriate statutes, pre and post judgment interest and any and all such other relief as the Court would deem appropriate.

## DISCOVERY CONTROL PLAN

Plaintiff would ask that discovery be conducted under Discovery Level 3,

4

Texas Rules of Civil Procedure 190.4 and affirmatively pleads that she seeks monetary damages aggregating more than $50,000.00.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff asks for judgment against Defendants for (a) actual and consequential damages directly attributable to the acts of Defendants for violation of her constitutional and statutory Federal as well as State constitutional rights; (b) costs of suit; (c) pre-judgment and post judgment interest d) attorney's fees under appropriate statutes; and (e) any and all relief the Court deems appropriate and to which she shows herself justly entitled.

Respectfully submitted,

**EATON & McCARTHY**
2208 Primrose, Building D
McAllen, Texas 78504
(956) 631-9400
(956) 687-9867 - fax

WILLIAM J. McCARTHY
State Bar No. 13372500
ATTORNEY FOR PLAINTIFF

5

5 37002

ORIGINAL

Citation for Personal Service  - GENERAL

No. 2003-CCL-00219-C

**T H E   S T A T E   O F   T E X A S**

FILED FOR RECORD
AT ___ O'CLOCK ___ M
MAR 0 4 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: JOSPEPH GONZALEZ, SUPERINTENDENT
SAN BENITO CONSOLIDATE SCHOOL DISTICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

the ____ RESPONDENT ____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY      (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL COMPLAINT _____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA _____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_ Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of _March 2003_ at 8:30 o'clock A.M., and executed (not executed) on the 3 day of _March 2003_ by delivering to _Joseph Aryl Supertentel San Benito Consolated School Distrd 3 Pm_ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Original Complaint_

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $_____              Sheriff/Constable _Camp_ County, Texas

Fees paid by: _____              By _Eddie ___, Deputy

Citation for Personal Service  - GENERAL

**ORIGINAL**
**FILED FOR RECORD**

No. 2003-CCL-00219-C

AT 3:02 O'CLOCK PM

T H E   S T A T E   O F   T E X A S

MAR 04 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you."

TO: OSCAR DE LA FUENTE
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 CROCKETT
SAN BENITO, TEXAS 78586

the _____RESPONDENT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's _____ORIGINAL COMPLAINT_____

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
WILLIAM J. MCCARTHY          (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ORIGINAL COMPLAINT_____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA_____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_____, Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R
Came to hand the 3 day of Mar. 2003 at 830 o'clock A.M., and executed (Not executed) on the 3 day of Mar. 2003, by delivering to 9:05 pm Oscar de la Fuente
in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint

Cause of failure to execute this citation is: _____.

FEES serving 1 copy
Total....... $_____          Sheriff/Constable Cameron County, Texas
Fees paid by: _____          By _____ Deputy

Citation for Personal Service  - GENERAL

**FILED FOR RECORD**
AT _____ O'CLOCK ____ M.

MAR 04 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

No. 2003-CCL-00219-C

# T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: JOE GONZALEZ
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

the _____RESPONDENT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's _____ORIGINAL COMPLAINT_____

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by ____WILLIAM J. MCCARTHY_____ (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ORIGINAL COMPLAINT_____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

_____JOE G. RIVERA_____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _____Mayra Medrano_____, Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March, 2003, at 8:30 o'clock A.M., and executed (not executed) on the __ day of March, 2003, by delivering to Joe Gonzalez in person a true copy of this citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint 9:50 am

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____          Sheriff/Constable _____ County, Texas

Fees paid by: _____          By _____, Deputy

Citation for Personal Service  - GENERAL

No. 2003-CCL-00219-C

**ORIGINAL**
**FILED FOR RECORD**
AT 3:03 O'CLOCK ___ M

MAR 0 4 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

**T H E   S T A T E   O F   T E X A S**

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you."

TO: LEO RAMIREZ
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

the _____ RESPONDENT _____ , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
WILLIAM J. MCCARTHY     (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL COMPLAINT _____
accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA _____ , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_ , Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March, 2003 at 8 30 o'clock M., and executed (not executed) on the ___ day of March, 2003, by delivering to
Leo Ramirez
in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the
Orig. Complaint

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $_____

Fees paid by:_____

Sheriff/Constable _____ County, Texas

By _____ , Deputy

Citation for Personal Service  - GENERAL

No. 2003-CCL-00219-C

FILED FOR RECORD
Lit. Seq. No. 6.005401
AT _____ O'CLOCK ___M
MAR 0 4 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

**T H E   S T A T E   O F   T E X A S**

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: MANUEL GONZALEZ
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

the _____RESPONDENT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY     (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's               ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_____ , Deputy
MAYRA MEDRANO

**R E T U R N   O F   O F F I C E R**

Came to hand the 3 day of March, 2013, at 8 30 o'clock A.M., and executed (not executed) on the 5 day of March, 2003, by delivering to Manuel Gonzalez AKA Manuel G. @ 4:55 pm in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint.

Cause of failure to execute this citation is: _____

FEES serving 1 copy _____

Total...... $_____    Sheriff/Constable _Cameron__ County, Texas

Fees paid by: _____    By _____ , Deputy

Citation for Personal Service  - GENERAL

No. 2003-CCL-00219-C

**T H E   S T A T E   O F   T E X A S**

FILED FOR RECORD
AT 3:09 O'CLOCK M
MAR 0 4 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

ORIGINAL

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: MARIO SILVA
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
240 NORTH CROCKETT STREET
SAN BENITO, TEXAS 78586

the ____RESPONDENT____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL COMPLAINT

at or before 10:00 o'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
WILLIAM J. MCCARTHY        (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ORIGINAL COMPLAINT_____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA        , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_ , Deputy
MAYRA MEDRANO

**R E T U R N   O F   O F F I C E R**

Came to hand the 3 day of March, 2003 at 8 30 o'clock A.M., and executed (not executed) on the 3 day of Mach, 2003 by delivering to 5 5/8 Pm
Mario Silva
in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Oreginal Complaint

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____

Fees paid by:_____

Sheriff/Constable _____ County, Texas

By _____ , Deputy

Citation for Personal Service  - GENERAL          Lit. Seq. # 6.007.01

No. 2003-CCL-00219-C

# T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of days after you were served this citation and petition, a default judgment may be taken against you."

TO: HECTOR LEAL
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

**FILED FOR RECORD**
AT _____ O'CLOCK ____ M

MAR 10 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

the _____ RESPONDENT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY          (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS   78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: Mayra Medrano          , Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March 2003 at ___ o'clock M., and executed (not executed) on the 7 day of May, 2003, by delivering to Hector Leal 3.25 Pm in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____          Sheriff/Constable _____ County, Texas

Fees paid by: _____          By _____, Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | **B-03-060** |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

### LIST OF PARTIES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW San Benito Consolidated Independent School District and Joseph Gonzalez,

Defendants herein, and, in accordance with the Local Rules for the United States District Court for

the Southern District of Texas governing removal of civil actions, file this its List of Parties and

would submit the following with the Court:

**PLAINTIFF:**

Mary Limon
c/o William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

**ATTORNEY FOR PLAINTIFF:**

William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504
Telephone (956) 631-9400
Facsimile (956) 687-9867

**DEFENDANTS:**

San Benito Consolidated Independent School District
c/o Mr. Eduardo G. Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Joseph Gonzalez
c/o Mr. Eduardo G. Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**ATTORNEYS FOR DEFENDANTS:**

Mr. Eduardo G Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Signed on March 19, 2003.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By:  Eduardo G. Garza
Eduardo G. Garza
State Bar No.  00796609
USDC ADM. No. 20916
Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

Eduardo G. Garza

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | **B-03-060** |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

## INDEX OF EXHIBITS

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW San Benito Consolidated Independent School District and its Superintendent Joseph Gonzalez, Defendants herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its Index of Exhibits and would submit the following with the Court the following:

1.    Certified Docket Sheet;

2.    Plaintiff's Original Complaint;

3.    Citation to Joseph Gonzalez, Superintendent for the San Benito Consolidated Independent School District, and its return of service;

4.    Citation to Oscar De La Fuente, and its return of service;

5.    Citation to Joe Gonzalez, and its return of service;

6.    Citation to Leo Ramirez, and its return of service;

7.    Citation to Manuel Gonzalez, and its return of service;

8.    Citation to Mario Silva, and its return of service;

9.    Citation to Hector Leal, and its return of service

10.    Defendants San Benito Consolidated Independent School District's and Joseph Gonzalez' Rule 12(b)(6) Motion to Dismiss Plaintiff's Original Complaint and Defendant Joseph Gonzalez' Alternative Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint

Signed on March 19, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By:    _Eduardo G. Garza_
Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

Eduardo G. Garza

3

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

Eduardo G. Garza

RUN DATE 03/17/03
RUN TIME 9:24 AM

SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

MARY LIMON

VS

* * * C L E R K ' S   E N T R I E S * * *

(00537002) WILLIAM J. MCCARTHY

(01)

SUIT ON DAMAGES (

02/28/03   ORIGINAL PETITI
02/28/03   CITATION: LEO R
02/28/03     SERVED: 03/0
02/28/03   CITATION: MARIO
02/28/03     SERVED: 03/0
02/28/03   CITATION: OSCAR
02/28/03     SERVED: 03/0
02/28/03   CITATION: MANUE
02/28/03     SERVED: 03/0
02/28/03   CITATION: HECTO
02/28/03     SERVED: 03/0
02/28/03   CITATION: JOE G
02/28/03     SERVED: 03/0
02/28/03   CITATION: JOSPE
02/28/03   SUPERINTENDENT
02/28/03     SERVED: 03/0
02/28/03   CITATIONS HAND
02/28/03   JUANITA (PCP)
02/28/03   JURY FEE: Pd. b
02/28/03   BILLED ATTY MCC
03/14/03   RCV'D REQUEST F
           CC/CLERKS DOCKE

State of Texas
County of Cameron
   I, Joe G. Rivera, County Clerk of
Cameron County, Texas, do hereby certify
that the foregoing is a true and correct
copy of the original record now on file
and/or recorded by me in the _____ Records

2003-CC-219-C

3/17/2003   Date
JOE G. RIVERA, COUNTY CLERK
Cameron County, Texas
By _____ Deputy

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page ____ of ____

CAUSE NO. 2003-CCL-219-C

| | | |
|---|---|---|
| MARY LIMON | § | IN THE COUNTY COURT |
| | § | **FILED FOR RECORD** |
| VS. | § | AT___O'CLOCK___M |
| | § | 3 FEB 2 8 2003 |
| SAN BENITO CONSOLIDATED | § | AT LAW, NO. ___ OF |
| INDEPENDENT SCHOOL | § | JOE G. RIVERA |
| DISTRICT AND ITS | § | CAMERON COUNTY CLERK |
| SUPERINTENDENT, | § | By Ty Laura Madao Deputy |
| JOSEPH GONZALEZ | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL COMPLAINT

## PARTIES

1.    Plaintiff - Mary Limon, is an individual and a citizen of the State of

Texas residing at Rangerville Road, Los Indios, Texas.

2.    Defendant - San Benito Consolidated Independent School District

(SBCISD) is a duly constituted school board in the State of Texas whose members

are as follows:

        a.    Leo Ramirez
        b.    Mario Silva
        c.    Oscar De La Fuente
        d.    Manuel Gonzalez
        e.    Hector Leal
        f.    Joe Gonzalez

    Said members can be served at its principal offices which is 240 North

Crockett Street, San Benito, Texas, 78586.



EXHIBIT
2

2003-CCL-0219C

3.    Defendant - Superintendent Joseph Gonzalez is the superintendent of
SBCISD at 240 North Crockett Street, San Benito, Texas, 78586.

## JURISDICTION

This Court has jurisdiction under Texas Government Code Section 25.0003
to determine the matters in this controversy.

## VENUE

This venue is proper pursuant to the Texas Civil Practice and Remedies Code
(TCPRC) Section 15.001 et seq. and Section 101.102 of TCPRC. As this action is
brought between parties in the county where any and all causes of action or a part
thereof arose.

## FACTS

In March, 2001, Mary Limon at the instance of the Superintendent Joseph
Gonzalez was arrested and imprisoned by the San Benito Consolidated Independent
School District campus police for allegedly being involved in the theft of public
property from San Benito Consolidated Independent School District (SBCISD).
Said arrest and imprisonment coincided with the placement of political posters on
her property during a hotly contested school board election within the District for a
competing candidate who was seeking a position on the school board after she had
been approached and asked to endorse an opposition ticket.

2

The timing of the arrest and the imprisonment along with the filing of charges coincided with the refusal of Mrs. Limon to support the candidacy of a board member who sought her endorsement and who had the support of a majority of the board.  The arrest in question was without probable cause and resulted in her imprisonment.

Subsequently, the evidence of any theft of public property ever having taken place at SBCISD was so deficient that the District Attorney elected not to even take the matter to the Grand Jury.  Charges against Mrs. Limon were subsequently dismissed.

The said arrest and her concomitant imprisonment deprived her of basic civil liberties as well as property and was violative of due process interests both of a substantive and procedural nature all of which actions were taken under color of law and unfounded in State and/or Federal law and violative of 42 U.S.C. 1983 as well as the Fourteenth and Fourth Amendments of the United States Constitution.

Such conduct further violated the Federal Voting Rights Act and was equally violative of the Equal Protection Clause of the United States Constitution.  Such action was further retaliatory because of a refusal to support the candidacy of a board favored member during the school board election.

Further such conduct by the District and its Superintendent showed a

3

deliberate indifference on the part of the board, officers and District in violation of rights guaranteed under the United States Constitution as well as violating rights in the due course of law under Article 1, Section 13 and Section 19 of the Texas Constitution. Such actions and conduct were in direct violation of 42 U.S.C. 1983 which provides that any individual acting under color of law who deprives any citizen of any right, privilege or immunity under the Constitution or the laws, privileges and immunities secured to any citizen by the Constitution and statutes promulgated thereunder require that the persons, individuals and entities respond in damages.

Plaintiff requests trial by jury.

## DAMAGES

Plaintiff would ask to be awarded monetary damages in compensation for violation of her rights in this cause and that such damages are within the jurisdictional limits of this Court. Plaintiff seeks damages for violation of her state, Federal Constitutional and Statutory Federal Rights as well as costs of suit, attorney's fees recoverable under appropriate statutes, pre and post judgment interest and any and all such other relief as the Court would deem appropriate.

## DISCOVERY CONTROL PLAN

Plaintiff would ask that discovery be conducted under Discovery Level 3,

4

Texas Rules of Civil Procedure 190.4 and affirmatively pleads that she seeks

monetary damages aggregating more than $50,000.00.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff asks for judgment

against Defendants for (a) actual and consequential damages directly attributable to

the acts of Defendants for violation of her constitutional and statutory Federal as

well as State constitutional rights; (b) costs of suit; (c) pre-judgment and post

judgment interest d) attorney's fees under appropriate statutes; and (e) any and all

relief the Court deems appropriate and to which she shows herself justly entitled.

Respectfully submitted,

**EATON & McCARTHY**
2208 Primrose, Building D
McAllen, Texas 78504
(956) 631-9400
(956) 687-9867 - fax

WILLIAM J. McCARTHY
State Bar No. 13372500

ATTORNEY FOR PLAINTIFF

5 37002

ORIGINAL

Citation for Personal Service  - GENERAL

No. 2003-CCL-00219-C

FILED FOR RECORD
AT___O'CLOCK___M
MAR 0 4 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  JOSPEPH GONZALEZ, SUPERINTENDENT
     SAN BENITO CONSOLIDATE SCHOOL DISTICT
     240 NORTH CROCKETT
     SAN BENITO, TEXAS 78586

the _____RESPONDENT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ORIGINAL COMPLAINT_____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

                    JOE G. RIVERA_____, County Clerk
                    Cameron County
                    974 E. Harrison St.
                    (P.O. Box 2178)
                    Brownsville, Texas 78522-2178

          By: Mayra Medrano  Deputy
                    MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March 2003 at 8:30 o'clock A.M., and executed (not executed) on the 3 day of Mrch, 2003, by delivering to Joseph Gonzalez Superintendent San Benito Consolidated School At 3 Pm in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint

Cause of failure to execute this Citation is: _____

FEES serving 1 copy

Total....... $_____    Sheriff/Constable  Carey  County, Texas

Fees paid by:_____         By  Eddie  , Deputy

Citation for Personal Service - GENERAL

No. 2003-CCL-00219-C

T H E   S T A T E   O F   T E X A S

**ORIGINAL**
**FILED FOR RECORD**
AT 3:10 O'CLOCK __ PM
MAR 04 2003
CAMERON COUNTY CLERK
Deputy

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: OSCAR DE LA FUENTE
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 CROCKETT
SAN BENITO, TEXAS 78586

the _____ RESPONDENT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS 78504-4162 on the 28th day of FEBRUARY, A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY, A.D. 2003.

JOE G. RIVERA _____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_____, Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of Mar. 2003 at 830 o'clock A.M., and executed (not executed) on the 3 day of Mar. 2003, by delivering to Oscar De La Fuente 9:05 Am in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint.

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____          Sheriff/Constable Cameron County, Texas

Fees paid by:_____          By _____ Deputy

Citation for Personal Service  - GENERAL

**FILED FOR RECORD**
Lit. Sec. Clock 008.M
AT _____ O'CLOCK _____ M

No. 2003-CCL-00219-C

MAR 0 4 2003

**T H E   S T A T E   O F   T E X A S**

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: JOE GONZALEZ
    SAN BENITO CONSOLIDATED SCHOOL DISTRICT
    240 NORTH CROCKETT
    SAN BENITO, TEXAS 78586

the      RESPONDENT      , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
                    ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
    WILLIAM J. MCCARTHY      (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

                    MARY LIMON
                       vs.
    SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

    The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's                    ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

                    JOE G. RIVERA      , County Clerk
                    Cameron County
                    974 E. Harrison St.
                    (P.O. Box 2178)
                    Brownsville, Texas 78522-2178

            By: Mayra Medrano , Deputy
                    MAYRA MEDRANO

**R E T U R N   O F   O F F I C E R**

Came to hand the 3 day of March 2003, at 8:30 o'clock A.M., and executed (not executed) on the 4 day of March, 2003, by delivering to Joe Gonzalez 7.50 Am
in person a true copy of this citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____          Sheriff/Constable Carey , County, Texas
                                    · By Editha _____ , Deputy
Fees paid by: _____

Citation for Personal Service  - GENERAL

ORIGINAL

FILED FOR RECORD
AT _3:03_ O'CLOCK __ M
MAR 0 4 2003
CAMERON COUNTY CLERK
Deputy

No. 2003-CCL-00219-C

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you."

TO: LEO RAMIREZ
    SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
    240 NORTH CROCKETT
    SAN BENITO, TEXAS 78586

the        RESPONDENT       , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
                      ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
     WILLIAM J. MCCARTHY        (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's                       ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

                    JOE G. RIVERA        , County Clerk
                    Cameron County
                    974 E. Harrison St.
                    (P.O. Box 2178)
                    Brownsville, Texas 78522-2178

                    By: _Mayra Medrano_, Deputy
                        MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March, 2003 at 8 30 o'clock M., and executed (not executed) on the __ day of Mach, 2003, by delivering to Leo Ramirez in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Orgn Complant

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $_____              Sheriff/Constable ____ Cam___ County, Texas

Fees paid by: _____              By _____, Deputy

Citation for Personal Service - GENERAL

No. 2003-CCL-00219-C

## T H E   S T A T E   O F   T E X A S

ORIGINAL
FILED FOR RECORD
AT ___ O'CLOCK ___ M
MAR 0 4 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: MANUEL GONZALEZ
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

the _____RESPONDENT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS 78504-4162 on the 28th day of FEBRUARY, A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY, A.D. 2003.

JOE G. RIVERA _____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_, Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March, 2003, at 8 30 o'clock A.M., and Executed (not executed) on the 5 day of March, 2003, by delivering to Manuel Gonzalez AKA Manuel at 4:55 pm in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $_____          Sheriff/Constable _Cameron_ County, Texas

Fees paid by: _____          By _____, Deputy

ORIGINAL

Citation for Personal Service  - GENERAL

FILED FOR RECORD

No. 2003-CCL-00219-C

AT _____ O'CLOCK _____ M
3:05
MAR 0 4 2003

T H E   S T A T E   O F   T E X A S

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: MARIO SILVA
    SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
    240 NORTH CROCKETT STREET
    SAN BENITO, TEXAS 78586
                                                                    ,

the _____ RESPONDENT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by WILLIAM J. MCCARTHY (Attorney for Plaintiff or Plaintiff), whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS 78504-4162 on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL COMPLAINT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: Mayra Medrano , Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March, 2003 at 8 30 o'clock A.M., and executed (not executed) on the 3 day of March, 2003, by delivering to Mario Silva 5:15 Pm in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Complaint

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____        Sheriff/Constable _____ County, Texas

Fees paid by: _____        By _____ , Deputy

Citation for Personal Service  - GENERAL                    Lit. Seq. # 6.007.01

No. 2003-CCL-00219-C

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: HECTOR LEAL
SAN BENITO CONSOLIDATED SCHOOL DISTRICT
240 NORTH CROCKETT
SAN BENITO, TEXAS 78586

**FILED FOR RECORD**
AT /:00 O'CLOCK P M

MAR 1 0 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

the ____RESPONDENT____ , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL COMPLAINT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
WILLIAM J. MCCARTHY      (Attorney for Plaintiff or Plaintiff),
whose address is 2208 PRIMROSE, BUILDING D MCALLEN, TEXAS  78504-4162
on the 28th day of FEBRUARY , A.D. 2003, in this case numbered 2003-CCL-00219-C
on the docket of said court, and styled,

MARY LIMON
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL ET.AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ORIGINAL COMPLAINT_____
accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of FEBRUARY , A.D. 2003.

JOE G. RIVERA_____ , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: Mayra Medrano_____ , Deputy
MAYRA MEDRANO

R E T U R N   O F   O F F I C E R

Came to hand the 3 day of March 2003 at 8 30 o'clock A.M., and
executed (not executed) on the 7 day of MY 2003, by delivering to
_____ Texas Leal                                           3.25 Pm
in person a true copy of this Citation, upon which I endorsed the date of
delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____

FEES serving 1 copy
                                    Sheriff/Constable _____ County, Texas
Total....... $_____
                                              By _____ , Deputy
Fees paid by:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

**DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT'S  AND JOSEPH GONZALEZ' RULE 12(b)(6) MOTION TO DISMISS AND
JOSEPH GONZALEZ' ALTERNATIVE MOTION TO COMPEL RULE 7(a) REPLY TO
PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME DEFENDANTS San Benito Consolidated Independent School District and

Joseph Gonzalez, in the above styled and numbered matter, and files this their Rule 12(b)(6) Motion

to Dismiss  Plaintiff's Original Complaint and Defendant Joseph Gonzalez' Alternative Motion to

Compel Rule 7(a) Reply to Plaintiff's Original Complaint and in support thereof shows the

following:

**I.**
**STATEMENT OF THE CASE**

Plaintiff brings suit against Defendants San Benito Consolidated Independent School District

and Joseph Gonzalez, under the 42 U.S.C. § 1983, for alleged violations of constitutional rights

under the Fourth, and Fourteenth Amendments to the United States Constitution, the Federal Voting

Rights Act, and Article 1 Sections 13 and 19 of the Texas Constitution.  Plaintiff was an ex-

employee of the district who was arrested in March of 2001 by school district police officers on



EXHIBIT
**10**

suspicion of theft of monies from the district.

## II.
## MOTION TO DISMISS UNDER RULE 12(b)(6)

**A.    Standard for Dismissal under Rule 12(b)(6)**

Plaintiff has failed to state a claim for which relief can be granted. Accordingly, her lawsuit is ripe for dismissal under Federal Rule of Civil Procedure 12(b)(6). Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, a complaint should be dismissed for failure to state a claim if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Conley v. Gibson, 355 U.S. 41, 45-46 (1957). Under this standard, a court may dismiss a complaint if the plaintiff cannot possibly prevail on his claims. Clark v. Amoco Prod. Co., 794 F.2d 967, 970 (5th Cir. 1986); Scheuer v. Rhodes, 416 U.S. 232, 236 (1973). Although the Rule 12(b)(6) standard is stringent, "the mere fact that a standard is stringent does not suggest that it can never be met." Mahone v. Addicks Utility Dist. of Harris County, 836 F.2d 921, 927 (5th Cir. 1988).

**B.    Plaintiff failed to properly allege a policy, practice or custom claim against the San Benito Consolidated Independent School District**

The Plaintiff has brought suit against the San Benito Consolidated Independent School District under 42 U.S.C. § 1983. A governmental entity such as Defendant San Benito Consolidated Independent School District can only be held liable under § 1983 if some official policy, custom or practice "causes" the alleged constitutional violation. Monell v. New York City Dep't of Social Services, 436 U.S. 685, 690 (1978). Such official policy, custom or practice is evident if there are "numerous prior incidents" showing "systemic" violations of constitutional rights. Hererra v. Valentine, 653 F.2d 1220 (8th Cir. 1981) (emphasis added); see also Bennett v. City of Slidell, 728

2

F.2d 762, 768 (5th Cir. 1984) (en banc).  In addition, this systemic and widespread pattern of numerous prior incidents must have affirmatively caused the constitutional injury of which the Plaintiff has complained.  Reimer v. Smith, 663 F.2d 1316 (5th Cir. 1981).  The Fifth Circuit has also stated that to properly state a claim under 42 U.S.C. § 1983, Plaintiff must allege specific facts, not merely conclusory allegations of such a pattern.  Elliot v. Perez, 751 F.2d 1472, 1479 (5th Cir. 1985).

Plaintiff does not allege any specific facts that she claims constitutes an alleged custom, policy, or practice of a deprivation of constitutional rights.  Plaintiff's allegations in her original complaint are nothing more than conclusory statements and allegations that the San Benito Consolidated Independent School District violated her constitutional rights. Accordingly, defendants would request that the plaintiff's claims against  the San Benito Consolidated Independent School District be dismissed.

## C.   Plaintiff failed to properly allege a claim under the Fourteenth Amendment

The Fifth Circuit has clearly determined that pretrial detainees receive the protection of the Due Process Clause of the Fourteenth Amendment.  Valencia v. Wiggins, 981 F.2d 1440 (5th Cir. 1994), *cert. denied,* 513 U.S. 1045, 115 S.Ct. 639, 130 L.Ed. 2d 545 (1994). While the Fourth Amendment protects arrestees, once an arrest is complete, pretrial detainees are protected by the Due Process Clause of the Fourteenth Amendment.  Brothers v. Klevenhagen, 28 F.3d 452 (5th Cir. 1994); Gutierrez v. City of San Antonio, 139 F.3d 441(5th Cir. 1998).  To the extent that Plaintiff alleges she was denied due process under the Fourteenth Amendment because she was arrested without probable cause, defendants would submit that plaintiff's status as an arrestee  would not invoke protections under the Fourteenth Amendment to the United States Constitution.

3

Plaintiff alleges she was due process rights under the Fourteenth Amendment. Deliberate indifference is a standard applied to Fourteenth Amendment substantive due process claims. See generally Cozzo v Tangipahoa Parish Council--President Government, 279 F.3d 273, 285 (5th Cir. 2002). Deliberate indifference requires proof that a municipal actor disregarded a known or obvious consequence of his action. Board of the County Commissioners of Bryan County, Oklahoma, v. Brown, 520 U.S. 397, 117 S. Ct. 1382, 1391 (1997). Plaintiff has not alleged specific facts showing that defendants acted with deliberate indifference during any detention of plaintiff after her arrest. Further, plaintiff has not alleged any facts showing any purported unconstitutional conduct in violation of the Fourteenth Amendment of the defendants that occurred during her detention.

Plaintiff alleges that "the evidence of any theft of public property ever having taken place at the San Benito Consolidated Independent School District was so deficient that the District Attorney elected not to even take the matter to the Grand Jury". These facts, even if taken as true, do not establish that defendants acted with deliberate indifference towards plaintiff's constitutional rights under the Fourteenth Amendment. They simply reflect an alleged decision made by the agency with the authority to choose whether or not to prosecute plaintiff. Allegations regarding the conduct of the District Attorney's office are not determinative on the issue of whether or not defendants acted with deliberate indifference or violated plaintiff's Fourteenth Amendment rights. Accordingly, defendants would request that the plaintiff's Fourteenth Amendment claims be dismissed.

**D.**      **Plaintiffs failed to properly allege a claim under the Fourth Amendment**

The constitutional validity of an arrest turns upon whether an officer had probable cause to make the arrest. Beck v Ohio, 379 U.S. 89, 91, 85 S.Ct. 223, 13 L.Ed 2d 142 (1964). To prevail on a sec. 1983 claim for unlawful arrest, the plaintiff must prove tha the officer made the arrest without

4

probable cause. <u>Vela v White</u>, 703 F2d 147 (5th Cir. 1983). A showing of probable cause requires far less evidence than that sufficient to support a conviction. <u>United States v. Ashcroft</u>, 607 F2d 1167, 1170 (5th Cir. 1979). Plaintiff has failed to allege specific facts that establish that no probable cause existed for her arrest. Plaintiff's allegations in her original complaint are nothing more than conclusory statements that no probable cause existed without specific facts to establish same. Plaintiff's allegations include statements that suggest some evidence of theft of public property existed but that it was too "deficient" for the District Attorney's office. Defendants would submit that according to plaintiff's complaint some evidence (allegedly too deficient for the District Attorney's office) regarding plaintiff's theft of public property existed. Taking plaintiff's facts as true, even though defendants dispute them, probable cause for plaintiff's arrest for theft was clearly established and plaintiff's Fourth Amendment claims should fail. Accordingly, defendants would request that the plaintiff's Fourth Amendment claims be dismissed.

### E.    **Federal Voting Rights Claim**

Plaintiff alleges a cause of action under the Federal Voting Rights Act. Plaintiff has made no allegations that establish a cause of action under the Federal Voting Rights Act that would entitle her to the monetary relief she is seeking in this lawsuit. Further, Plaintiff has not plead any facts supporting a claim that she was prevented from voting, did not vote in an election governed by the Federal Voting Rights Act, or was denied the right to vote on account of race or color, or in contravention of the guarantees set forth in 42 U.S.C.A. section 1973b(f)(2) . Accordingly, defendants would request that the plaintiff's claims under the Federal Voting Rights Act be dismissed.

5

**F.** **Plaintiff is not entitled to recover attorneys fees**

Plaintiff alleges in her original complaint that she is entitled to attorneys fees. However, since plaintiff cannot and will not be the prevailing party, she is not entitled to any attorneys fees as plead.

**G.** **State Constitutional Claims**

Plaintiff has brought a cause of action under Article 1 sections 13 and 19 of the Texas Constitution. It is well settled that Texas does not recognize a state constitutional tort as a viable cause of action. See Rowe v. Texas Dep't of Crim. Justice-Institutional Div., 1998 Tex. App. LEXIS 2343 (Tex. App. Houston 14th Dist. Apr. 23, 1998) (quoting Montana v. Patterson, 894 S.W.2d 812,815 (Tex. App.--Tyler 1994, no writ) ("While the Texas Constitution has sections that parallel the federal Bill of Rights, there is no state "Constitutional Tort" similar to Title 42 U.S.C. § 1983 of the federal system."); Bagg v. University of Texas Medical Branch, 726 S.W.2d 583, 587 (Tex.App.-Houston [14th Dist. 1987, writ ref'd n.r.e.)("We acknowledge that Texas has a strong bill of rights, but we can find no Texas statute or case that provides a citizen the kind of redress afforded by Title 42 U.S.C. § 1983.... There is no state "constitutional tort.") "Specifically, the Texas Supreme Court has held there is no state constitutional tort and no implied private right of action for damages under the Texas Constitution." City of Beaumont v. Bouillion, 896 S.W.2d 143, 148-49 (Tex. 1995): See Gullum v. City of Kerrville, 3 F3d. 117 (5th Cir. 1993). Plaintiff seeks monetary compensation in this suit. Accordingly, defendants request that the state constitutional claims be dismissed.

**H.** **Defendant Joseph Gonzalez asserts his right to qualified immunity**

Qualified immunity is available to individuals sued under 42 U.S.C. § 1983. Imbler v. Pachtman, 424 U.S. 409, 418 (1976). The doctrine of qualified immunity shields a government

official performing discretionary functions from civil damages liability. <u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 819 (1982). By this pleading, Defendant Gonzalez raises his defense of qualified immunity. The United States Fifth Circuit has specifically held that "to merely make a charge [under §1983] is insufficient; the complaint must state with factual detail and particularity the basis for the claim which necessarily includes why the Defendant official cannot successfully maintain the defense of qualified immunity." <u>Wicks v Mississippi State Employment Services</u>. 41 F.3d 991, 996 (5th Cir. 1995). As a public official, Defendant Gonzalez is entitled to qualified immunity from suit unless it is shown by specific allegations that he violated clearly established law. <u>Schultea v Wood</u>, 47 F.3d 1427 (5th Cir. 1995)(en banc). The facts Plaintiff alleges are not sufficient to overcome Defendant Gonzalez' right to qualified immunity with respect to claims brought against him for violation of Plaintiffs' rights under the Fourth, and Fourteenth Amendments to the United States Constitution, the Texas Constitution, and the Federal Voting Rights Act. Accordingly, Defendant Gonzalez is entitled to qualified immunity.

### III.
### OFFICER JOSEPH GONZALEZ' ALTERNATIVE MOTION TO COMPEL RULE 7(a) REPLY

In <u>Schultea v. Wood</u>, 47 F.3d 1427 (5th Cir. 1995)(en banc), the United States Court of Appeals for the Fifth Circuit had occasion to consider the continued validity of the heightened pleading requirement previously associated with the qualified immunity defense in this circuit in the aftermath of <u>Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit</u>, ___ U.S. ___, 113 S. Ct. 1160 (1993). In <u>Schultea</u>, Judge Higgenbotham, writing for the court, revived the Federal Rule 7(a) "reply" as a means by which the district court could require a plaintiff asserting claims against a public official to go beyond mere conclusory allegations and state specific claims

7

which abrogate the qualified immunity defense.  As the court stated,

> [w]hen an public official pleads the affirmative defense of qualified immunity in his answer, the district court may, on the official's motion or on its own, require the plaintiff to reply to that defense in detail.

Schultea, 47 F.3d at 1433 (emphasis added).  In fact, the court suggests that the utilization of the Rule 7(a) reply should become normal practice in this federal circuit in future qualified immunity practice.  Judge Higgenbotham adds, "[v]indicating the immunity doctrine will ordinarily require such a reply, and a district court's discretion not to do so is narrow indeed when greater detail might assist." Id. at 1434 (emphasis added).  Plaintiffs here have failed to plead specific facts which, if true, would overcome Defendant Ramirez' right to qualified immunity.  More particularly, this defendant, while not waiving his above and foregoing motion to dismiss plaintiff's claims under the Fourth and Fourteenth Amendments, the Texas Constitution, and the Federal Voting Rights Act, has specifically pointed out that plaintiff's claims should surely be dismissed. Plaintiffs have failed to allege sufficient and detailed facts which would show that this defendant is subject to individual liability under the causes of action plead.  Subject to the court ruling on the motion to dismiss, and in the alternative, Defendant Gonzalez would request that the court order plaintiffs to file a Rule 7(a) reply to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants, San Benito Consolidated Independent School District and Joseph Gonzalez, pray that upon final trial and hearing, their Rule 12(b)(6) Motion to Dismiss be granted.  Subject thereto, Defendant Joseph Gonzalez prays that his Alternative Motion for Rule 7(a) Reply be granted; that plaintiff take nothing by her suit, that these defendants recover all costs incurred herein and that these defendants have such other and further

relief at law or in equity, which they may show themselves to be justly entitled.

Signed on March 19, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eduardo G Garza_
Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Rule 12(b)(6) Motion to Dismiss and Defendant Joseph Gonzalez' Alternative Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint has on March 19, 2003, been forwarded via certified mail, return receipt requested to:

**VIA CMRRR-7001-2510-0001-6508-2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

_Eduardo G Garza_
Eduardo G Garza

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

**ORDER GRANTING DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT'S AND JOSEPH GONZALEZ' RULE 12(b)(6) MOTION TO
DISMISS PLAINTIFFS' ORIGINAL COMPLAINT**

---

On this the _____day of _____, 2003, came on for consideration

Defendants San Benito Consolidated Independent School District and Joseph Gonzalez' Rule

12(b)(6) Motion to Dismiss Plaintiffs' Original Complaint. Having examined same and considered

the arguments of counsel, this Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant San Benito Consolidated Independent

School District's and Joseph Gonzalez' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Original

Complaint is GRANTED. It is further ORDERED that this action be DISMISSED with prejudice.

SIGNED on the _____ day of _____. 2003.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

**ORDER SETTING HEARING ON DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S AND JOSEPH GONZALEZ' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT**

---

On this the _____ day of _____ 2003, came on to be considered Defendants San Benito Consolidated Independent School District and Joseph Gonzalez' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Original Complaint.  After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants San Benito Consolidated Independent School District and Joseph Gonzalez' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Original Complaint be and is hereby set for hearing on the _____ day of _____, 2003 at ____ _.m., in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

**ORDER GRANTING DEFENDANT OFFICER JOSEPH GONZALEZ' ALTERNATIVE MOTION TO COMPEL RULE 7(a) REPLY TO PLAINTIFF'S ORIGINAL COMPLAINT**

On this the _____day of _____, 2003, came on for consideration Defendant Joseph Gonzalez' Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint. Having examined same and considered the arguments of counsel, this Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Joseph Gonzalez' Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint is GRANTED. It is further ORDERED that the plaintiffs are to replead with particularity and conformity with this order.

SIGNED on the _____ day of _____. 2003.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

## ORDER SETTING HEARING ON DEFENDANT JOSEPH GONZALEZ' ALTERNATIVE MOTION TO COMPEL RULE 7(a) REPLY TO PLAINTIFF'S ORIGINAL COMPLAINT

On this the _____ day of _____ 2003, came on to be considered Defendant Joseph Gonzalez' Alternative Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Joseph Gonzalez' Alternative Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint be and is hereby set for hearing on the _____ day of _____, 2003 at ____ _.m., in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2003.


_____
UNITED STATES DISTRICT JUDGE

CAUSE NO. 2003-CCL-219-C

| | | |
|---|---|---|
| MARY LIMON | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 3 |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | CAMERON COUNTY, TEXAS |

---

### NOTICE TO COUNTY CLERK OF REMOVAL OF CIVIL ACTION

---

TO :   Mr. Joe G. Rivera
       Clerk of the County Courts
       Cameron County Courthouse
       974 E. Harrison
       Brownsville, Texas 78520

You will please take notice that San Benito Consolidated Independent School District and

Joseph Gonzalez, Defendants in the above-referenced matter, have filed in the United States District

Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause

styled Mary Limon vs.San Benito Consolidated Independent School District and its Superintendent

Joseph Gonzalez, originally filed in County Court at Law No. 3, of Cameron County, Texas, Cause

Number 2003-CCL-219-C, and that a true and correct copy of said Notice of Removal, is being filed

with the Clerk of the said United States District Court for the Southern District of Texas,

Brownsville Division, and that the State Court shall proceed no further, unless the cause is

remanded. A copy of said Notice of Removal, without copies of attachments, is attached to this

notice.

Signed on March 19, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By:    _Eduardo G Garza_
       Eduardo G. Garza
       State Bar No. 00796609
       USDC ADM. No. 20916

       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

_Eduardo G Garza_
Eduardo G. Garza

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARY LIMON                              §
                                        §
VS.                                     §      CIVIL ACTION NO._____
                                        §      (JURY REQUESTED)
SAN BENITO CONSOLIDATED                 §
INDEPENDENT SCHOOL DISTRICT             §
AND ITS SUPERINTENDENT,                 §
JOSEPH GONZALEZ                         §

---

### NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW San Benito Consolidated Independent School District and Joseph Gonzalez, Defendants in the above-styled and numbered matter, and file this their Notice of Removal of the present cause from the County Court at Law No. 3, of Cameron County, Texas, in which it is now pending to the United States District Court for the Southern District of Texas, Brownsville Division, and would respectfully show unto the Court as follows:

1.01    San Benito Consolidated Independent School District is a school district located at 240 North Crockett, San Benito, Texas 78586, and is the Petitioner.

1.02    Named Defendant Joseph Gonzalez is a resident of Cameron County Texas.

1.03    Plaintiff Mary Limon is a resident of Cameron County, Texas.

2.01    This cause was commenced on February 28, 2003, in County Court at Law No. 3, of Cameron County, Texas with the style Mary Limon vs. San Benito Consolidated Independent School District and its Superintendent Joseph Gonzalez Cause Number 2003-CCL-219-C.   A true and correct copy of all process and pleadings in that cause and the certified docket sheet are attached

hereto as Exhibit A.  Plaintiff brings suit against Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, under the 42 U.S.C. § 1983, for alleged violations of constitutional rights under the Fourth, and Fourteenth Amendments to the United States Constitution, the Federal Voting Rights Act, and Article 1 Sections 13 and 19 of the Texas Constitution.  Plaintiff was an ex-employee of the district who was arrested in March of 2001 by school district police officers on suspicion of theft of monies from the district. Plaintiff seek monetary damages.

3.01    Defendant San Benito Consolidated Independent School District was served with a copy of Plaintiff's Original Petition on March 3, 2003.

3.02    Defendant Joseph Gonzalez was served with a copy of Plaintiff's Original Petition on March 3, 2003.

3.03    This action is a civil action in that Plaintiff alleges that Defendants San Benito Consolidated Independent School District and Superintendent Joseph Gonzalez, are liable for monetary damages.

4.01    The controversy between Plaintiff and Defendants arises under 42 U.S.C. § 1983, the United States Constitution, the Texas Constitution, and the Federal Voting Rights Act.  The above described action is one in which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343, inasmuch as this action arises under the United States Constitution and the laws of the United States.  Removal is proper pursuant to the provisions of 28 U.S.C. § 1441(b), as this is a civil action where this Court has original jurisdiction and is founded on claims arising under the United States Constitution and the laws of the United States.

5.01    This Court has supplemental jurisdiction of Plaintiff's state constitutional claims under 28 U.S.C. § 1367.

2

6.01    Upon filing of this Notice of Removal of this cause, written notice of the filing by Petitioner to Plaintiff and her counsel has been provided as required by law. A copy of such Notice with proof of service of same is attached hereto and incorporated herein for all purposes. A copy of such notice is also being filed with the clerk of the state court where this cause was originally filed.

7.01    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date Defendants San Benito Consolidated Independent School District and Joseph Gonzalez were made aware of the fact that federal question jurisdiction existed. The date this was made known to Defendant was March 3, 2003.

8.01    Defendants request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants    Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, pray for removal of the above entitled cause of action from County Court at Law No, 3, of Cameron County, Texas to this Court and seek all other relief to which they may show themselves to be justly entitled.

Signed on March 19, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eduardo D. Garza_

Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

Eduardo G. Garza

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | **B-03-060** |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

---

## NOTICE TO PLAINTIFFS OF REMOVAL OF CIVIL ACTION

---

TO:    Mary Limon, by and through her attorney of record:

> Mr. William J. McCarthy
> EATON & McCARTHY
> 2208 Primerose, Building D
> McAllen, Texas 78504

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on March 18, 2003, in the above-entitled and numbered cause (being Cause Number 2003-CCL-219-C-B in County Court at Law No. 3, of Cameron County, Texas) Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, filed their Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division.  Copies of such Notice and other papers so filed are enclosed herewith.

Signed on March 19, 2003.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eduardo G. Garza*
Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7001 2510 0001 6508 2181**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

*Eduardo G. Garza*
Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

*Eduardo G. Garza*
Eduardo G. Garza