Case 1:03-cv-00060 Document 4 Filed in TXSD on 04/02/2003 Page 1 of 3

United States District Court
Southern District of Texas
FILED

APR 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-060 |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

**DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Mary Limon.

2. Defendant San Benito Consolidated Independent School District;

3. Defendant Joseph Gonzalez, Superintendent for San Benito Consolidated Independent School District.

4. Texas Association of School Boards, Inc.

Signed on April 2, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eduardo G. Garza* (signature)
    Eduardo G. Garza
    State Bar No. 00796609
    USDC ADM. No. 20916
    Attorneys for Defendants
     San Benito Consolidated Independent
    School District and Joseph Gonzalez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on April 2, 2003, on all counsel of record as follows:

**VIA CMRRR-7001 2510 0001 6508 2150**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

_____
Eduardo G. Garza