

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas
       FILED
    MAY 1 2 2003
   Michael N. Milby
   Clerk of Court
```

| | |
|---|---|
| MARY LIMON § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-060 |
| § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| AND ITS SUPERINTENDENT, § | |
| JOSEPH GONZALEZ § | |

### JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   William J. McCarthy, attorney for Plaintiff
   Eduardo G. Garza, attorney for Defendants

   By telephone on May 7, 2003.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   None.

3. Specify the allegation of federal jurisdiction.

   Jurisdiction and venue are proper in this Court pursuant to federal question jurisdiction given plaintiff's claims under 42 U.S.C. 1983, the Fourth, and Fourteenth Amendments to the United States Constitution, and the Federal Voting Rights Act.

4. Name the parties who disagree and the reasons.

   None.

1

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None.

6.  List anticipated interventions.

    None.

7.  Describe class-action issues.

    None.

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    Plaintiff and Defendants have agreed to make their initial disclosures required by Rule 26(a) by the initial pretrial conference.

9.  Describe the proposed agreed discovery plan, including:

    (a)  Responses to all the matters raised in Rule 26(f).

        None at this time.

    (b)  When and to whom the Plaintiff anticipates she may send formal written discovery.

        Plaintiff anticipates sending interrogatories, requests for production, and requests for admissions to Defendants no later than thirty (30) days following the initial scheduling conference.

    (c)  When and to whom the Defendants anticipate they may send formal written discovery.

        Defendants anticipate sending interrogatories, requests for production, and requests for admission on Plaintiff no later than thirty (30) days following the initial scheduling conference.

    (d)  Of whom and by when the Plaintiff anticipates taking oral depositions.

        Plaintiff anticipates taking the oral depositions of Defendants and their witnesses

no later than one-hundred-twenty (120) days following the initial scheduling conference. Plaintiff anticipates taking the oral depositions by that time of any other witnesses Defendants may designate.

(e) Of whom and by when the Defendants anticipate taking oral depositions.

Defendants anticipates taking the oral depositions of Plaintiff, Mary Limon no later than one-hundred-twenty (120) days after the initial scheduling conference. Defendants anticipate taking the oral depositions by that time of any other witnesses Plaintiff may designate.

(f) When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiff anticipates designating experts with reports within 90 days following the initial scheduling conference.

Defendant anticipates designating responsive experts and with reports within 30 days of the deposition of Plaintiff's Expert..

(g) List expert depositions the Plaintiff anticipates taking and his anticipated completion date:

Plaintiff anticipates taking all expert depositions within 120 days after the initial scheduling conference.

(h) List expert depositions the Defendants anticipate taking and their anticipated completion date.

Defendants anticipate taking all expert depositions within 120 days after the initial scheduling conference.

10. If the parties are not agreed on a part of discovery plan, describe the separate views and proposals of each party.

None.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

Plaintiff propounded written interrogatories and requests for production prior to removal. Plaintiff has agreed to withdraw this prior discovery and re-issue these requests in

compliance with the federal court' order.

12. State the date the planned discovery can reasonably be completed.

    We anticipate that planned discovery can reasonably be completed within 150 days following the initial scheduling conference.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.

    The parties need to conduct further discovery to better evaluate this case for settlement. However, the parties may be willing to mediate this case at a later date.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    Each party is investigating the facts of this case with the consideration for possible resolution of this matter.

15. From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable.

    Mediation may be considered at a later date.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties joining position on a trial before a magistrate judge.

    The parties do not consent to trial before a magistrate at this time.

17. State whether a jury demand has been made and if it was made on time.

    A jury demand was timely made.

18. Specify the number of hours it will take to present the evidence in this case.

    We anticipate it will take (24-32) hours to present the evidence in this case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    Defendants San Benito Consolidated Independent School District and Joseph Gonzalez's Rule 12(b)(6) Motion to Dismiss and Defendant Joseph Gonzalez' Alternative Motion to Compel Rule 7(a) Reply to Plaintiff's Original Complaint

20. List other motions pending.

   None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.


Signed on the 12th day of May, 2003.


EATON & McCARTHY
William J. McCarthy
2208 Primerose, Building D
McAllen, Texas 78504
Phone (956) 631-9400
Fax (956) 687-9867


_William J. McCarthy w/p EG_
William J. McCarthy
Federal Id. No. 2444
State Bar No. 13372500
ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520
Phone (956) 541-1846
Fax (956) 541-1893


_Eduardo G Garza_
Eduardo G Garza
Federal Id. No. 20916
State Bar No. 00796609
ATTORNEYS FOR DEFENDANTS