```
                                                       United States District Court
                                                        Southern District of Texas
          IN THE UNITED STATES DISTRICT COURT                    FILED
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION                      MAY 2 7 2003

                                                            Michael N. Milby
                                                              Clerk of Court
```

| | | |
|---|---|---|
| MARY LIMON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-060 |
| | § | (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND ITS SUPERINTENDENT, | § | |
| JOSEPH GONZALEZ | § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants San Benito Consolidated Independent School District and Joseph Gonzalez, and file this their Notice to the Court of their Filing of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on May 27, 2003.

1

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Ste. 460
        3505 Boca Chica Blvd.
        Brownsville, Texas 78521
        Telephone: (956) 541-1846
        Facsimile: (956) 541-1893

By: _Eduardo G. Garza_
        Eduardo G. Garza
        State Bar No. 00796609
        USDC ADM. No. 20916
        Attorneys for Defendants
         San Benito Consolidated Independent
        School District and Joseph Gonzalez

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on May 27, 2003, on all counsel of record as follows:

**VIA CMRRR-7003 0500 0001 0984 9198**
Mr. William J. McCarthy
EATON & McCARTHY
2208 Primerose, Building D
McAllen, Texas 78504

            _Eduardo G. Garza_
            Eduardo G. Garza